No. 73–6691. LOGAN v. BUTLER, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 73–6692. LEWIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–6694. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–6695. JORDAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 73–6697. OVERSHON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 73–6698. BROWN v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–6699. CHATTERTON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 73–6701. CAMPBELL v. CALIFORNIA ET AL. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 73–6702. SULLIVAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–6703. OLIVER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–6705. HOLLAND v. CARDWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 73–6706. MORROW v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.